IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J.B. BLACK, SPN # 01214826, | § § § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-20-928 |
| AARON BURDETTE, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order signed on this date, this case is **DISMISSED** with prejudice. Plaintiff shall take nothing on his claims.

This is a **FINAL JUDGMENT**.

The Clerk of Court will provide a copy of this Order to all the parties of record.

SIGNED at Houston, Texas, on this 21st day of March, 2020.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE